An unpublished opinion of the North Carolina Court of Appeals does not constitute controlling legal authority. Citation is disfavored, but may be permitted in accordance with the provisions of Rule 30(e)(3) of the North Carolina Rules of Appellate Procedure.

NO. COA14-888

NORTH CAROLINA COURT OF APPEALS

Filed: 20 January 2015

STATE OF NORTH CAROLINA

v.

IAN MICHAEL SMITH

Guilford County
Nos. 11 CRS 33240, 72307,
72308-09

On writ of certiorari to review judgments entered 20 April 2012 by Judge Lindsay R. Davis, Jr. in Guilford County Superior Court. Heard in the Court of Appeals 15 December 2014.

*Attorney General Roy Cooper, by Assistant Attorney General Kathryne E. Hathcock, for the State.*

*Appellate Defender Staples Hughes, by Assistant Appellate Defender Jillian C. Katz, for defendant-appellant.*

STEELMAN, Judge.

On 16 May 2011, defendant was indicted for two counts of felony serious injury by motor vehicle, two counts of felony death by motor vehicle, and two counts of second degree murder. On 15 August 2011, defendant was also indicted for driving while

impaired ("DWI") and driving after consuming alcohol under the age of 21.

Defendant was tried during the 16 April 2012 Criminal Session of Guilford County Superior Court. On 20 April 2012, a jury found defendant guilty of DWI, driving after consuming alcohol under the age of 21, both felony death by motor vehicle counts, and one count of felony serious injury by motor vehicle. The jury found defendant not guilty of the second felony serious injury by motor vehicle count. As to the two counts of second degree murder, the jury found defendant guilty of involuntary manslaughter, a lesser-included offense. The trial court arrested judgment on the DWI conviction and the two involuntary manslaughter convictions. The trial court then imposed consecutive, active, presumptive-range sentences of 60 days, 19 to 23 months, 29 to 44 months, and 29 to 44 months imprisonment.

On 24 July 2013, this Court issued a writ of certiorari to review defendant's judgments.

Counsel appointed to represent defendant has been unable to identify any issue with sufficient merit to support a meaningful argument for relief on appeal and asks that this Court conduct its own review of the record for possible prejudicial error. Counsel has also shown to the satisfaction of this Court that

she has complied with the requirements of *Anders v. California*, 386 U.S. 738, 18 L. Ed. 2d 493 (1967), and *State v. Kinch*, 314 N.C. 99, 331 S.E.2d 665 (1985), by advising defendant of his right to file written arguments with this Court and providing him with the documents necessary for him to do so. Counsel directs our attention to a potential issue on appeal, but acknowledges that she detected no reversible error on the part of the trial court.

Defendant has not filed any written arguments on his own behalf with this Court and a reasonable time in which he could have done so has passed. In accordance with *Anders*, we have fully examined the record to determine whether any issues of arguable merit appear therefrom or whether the appeal is wholly frivolous. We conclude the appeal is wholly frivolous. Furthermore, we have examined the record for possible prejudicial error and found none.

NO ERROR.

Judges ELMORE and DILLON concur.

Report per Rule 30(e).